| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Olympia Sports Acquisitions, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FDBA  Olympia Sports |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-3061451 |
| 4. | Debtor's address | **Principal place of business**<br><br>**9 N River Road, PMB 650**<br>**Auburn, ME 04210**<br>Number, Street, City, State & ZIP Code<br><br>**Androscoggin**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.olympiasports.net |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Olympia Sports Acquisitions, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | __4482__ |

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. |
| | | ☐ Yes. |
| | | District _____  When _____  Case number _____ |
| | | District _____  When _____  Case number _____ |

Debtor **Olympia Sports Acquisitions, LLC** _____  Case number (*if known*) _____
       Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49              ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99             ☐ 5001-10,000       ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000     ☐ More than 100,000
    ■ 200-999

15. **Estimated Assets**

    ☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor **Olympia Sports Acquisitions, LLC**      Case number (*if known*) _____
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Olympia Sports Acquisitions, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 11, 2022**
MM / DD / YYYY

X **/s/ Mark Coffey**                                    **Mark Coffey**
Signature of authorized representative of debtor          Printed name

Title **Chief Executive Officer**

---

**18. Signature of attorney**

X **/s/ Brya M. Keilson**                                 Date **September 11, 2022**
Signature of attorney for debtor                          MM / DD / YYYY

**Brya M. Keilson**
Printed name

**Morris James LLP**
Firm name

**500 Delaware Avenue**
**Suite 1500**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-888-6800**        Email address **bkeilson@morrisjames.com**

**4643 DE**
Bar number and State

Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Delaware

(State)

Case number *(if known)*: [::] Chapter 11

☐ Check if this is an amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Olympia Sports Acquisitions, LLC.

| |
|---|
| Olympia Sports Acquisitions, LLC |
| RSG Acquisitions, LLC |
| Project Running Specialties, Inc. |
| Project Sage Acquisition, LLC |
| Legacy Shoes, Inc. |
| Clever Training Operating Co., LLC |
| The Running Specialty Group LLC |
| The Running Specialty Group Acquisitions 1, LLC |
| Heart Monitor Operating, LLC |
| Splash Boutique Operating, LLC |
| Bargain Fitness Operating, LLC |
| Digital Business Operating, LLC |
| FSSS Operating, LLC |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OLYMPIA SPORTS ACQUISITIONS, LLC, et al., | Case No. 22-_____ ( ) |
| Debtors.[1] | |

## LIST OF EQUITY SECURITY HOLDERS

| Debtor Name | Holder Name | Percentage | Incorporated |
|---|---|---|---|
| Project Running Specialties, Inc. | William Matthew Young Separate Property Trust | 75% | Delaware |
| | Brad Holtmeier Separate Property Trust | 25% | |
| RSG Acquisitions, LLC | Project Running Specialties, Inc | 99% | Delaware |
| | William Matthew Young Separate Property Trust | 0.75% | |
| | Brad Holtmeier Separate Property Trust | 0.25% | |
| Project Sage Acquisition, LLC | RSG Acquisitions, LLC | 100% | Delaware |
| Olympia Sports Acquisition LLC | RSG Acquisitions, LLC | 100% | Delaware |
| The Running Specialty Group, LLC | RSG Acquisitions, LLC | 100% | Indiana |
| Shoebuy.com, Inc | Project Sage Acquisition, LLC | 100% | Delaware |
| The Running Specialty Group Acquisitiions 1, LLC | The Running Specialty Group, LLC | 100% | Indiana |
| Rogue Running Training, LLC | The Running Specialty Group, LLC | 80% | Delaware |
| | Rogue Equipment, LLC (Unaffiliated Third Party) | 20% | |
| Clever Training Operating Co, LLC | The Running Specialty Group Acquisitiions 1, LLC | 100% | Delaware |
| Heart Monitor Operating, LLC | Clever Training Operating Co, LLC | 100% | Florida |
| Digital Business Operating, LLC | Clever Training Operating Co, | 100% | Florida |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are (1) Olympia Sports Acquisitions, LLC, a Delaware limited liability company (1451); (2) RSG Acquisitions, LLC, a Delaware limited liability company (1599); (3) Project Running Specialties, Inc., a Delaware corporation (6001); (4) Project Sage Acquisition, LLC, a Delaware limited liability company (7727); (5) Legacy Shoes, Inc., a Delaware corporation (1185); (6) Clever Training Operating Co., LLC, a Delaware limited liability company (9177); (7) The Running Specialty Group LLC, an Indiana limited liability company (5378); (8) The Running Specialty Group Acquisitions 1, LLC, an Indiana limited liability company (5505); (9) Heart Monitor Operating, LLC, a Florida limited liability company (6100); (10) Splash Boutique Operating, LLC, a Florida limited liability company (6139); (11) Bargain Fitness Operating, LLC, a Florida limited liability company (8666); (12) Digital Business Operating, LLC, a Florida limited liability company (9802); and (13) FSSS Operating, LLC, a Florida limited liability company (8585). The location of the Debtors' corporate headquarters is 9 N River Road, PMB 650, Auburn, ME 04210.

| Name | Parent | % | State |
|---|---|---|---|
| Splash Boutique Operating, LLC | Clever Training Operating Co, LLC | 100% | Florida |
| Bargain Fitness Operating, LLC | Clever Training Operating Co, LLC | 100% | Florida |
| FSSS Operating, LLC | Clever Training Operating Co, LLC | 100% | Florida |

| Fill in this information to identify the case: |
|---|
| Debtor name  OLYMPIA SPORTS ACQUISITIONS, LLC, et al. |
| United States Bankruptcy Court for the: _____ District of Delaware___ (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA  19170-0001 | Phone: 800 811 1648 | Expense | | | | $3,246,013.15 |
| 2 | J Street 1976<br>310 East Main Street, Suite 200<br>Carrboro, NC 27510 | | Trade Payable | | | | $3,000,000.00 |
| 3 | Salesforce.com Inc<br>PO BOX 203141<br>Dallas, TX  75320-3141 | | Expense | | | | $2,073,980.39 |
| 4 | Skechers<br>228 Manhattan Beach Boulevard<br>Manhattan Beach, CA  90266 | Phone: 310 318 3100<br>eMail: cheryls@skechers.com | Trade Payable | | | | $1,738,348.29 |
| 5 | Born Group Inc - OS<br>114 W 26th Street<br>2nd Floor<br>New York, NY  10001 | Phone: 347 630 0284<br>eMail: info@borngroup.com | Expense | | | | $879,869.11 |
| 6 | Crocs Inc<br>13601 Via Varra<br>Broomfield, CO  80020 | Phone: 303 848 7147<br>eMail: slafreniere@crocs.com | Trade Payable | | | | $700,959.80 |
| 7 | New Balance Athletics<br>PO Box 415206<br>Boston, MA  02241-5206 | Phone: 617 746 2294<br>eMail: andrew.mitchell@newbalance.com | Merchandise | | | | $627,751.34 |

3   Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims         page 1

Debtor: __OLYMPIA SPORTS ACQUISITIONS, LLC, et al.__   Case number *(if known)* _____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Nike USA, Inc<br>PO Box 846066<br>Dallas, TX 75284-6066 | | Merchandise | | | | $607,837.18 |
| 9 | Hanesbrands, Inc<br>21692 Network Place<br>Chicago, IL 60673 | | Merchandise | | | | $522,073 00 |
| 10 | Columbia Sportswear Company<br>14375 Northwest Science Park Drive<br>Portland, OR 97229 | Phone: 503 985 4545<br>eMail: shawna.mccain@columbia.com | Trade Payable | | | | $495,774.66 |
| 11 | Propet USA, Inc.<br>2415 West Valley Hwy N<br>Auburn, WA 98001 | Phone: 253 854 7600<br>eMail: jredona@propetusa.com | Trade Payable | | | | $459,041 28 |
| 12 | Caleres, Inc.<br>PO Box 281777<br>Atlanta, GA 30384-1777 | Phone: 314 341 2412<br>eMail: srackovan@caleres.com | Trade Payable | | | | $450,971 91 |
| 13 | Rakuten Marketing LLC<br>PO Box 415613<br>Boston, MA 02241-5613 | | Expense | | | | $432,145 80 |
| 14 | The Clarks Companies NA<br>PO Box 415388<br>Boston, MA 02241-5388 | Phone: 857 636 0522<br>eMail: angela.gregory@clarks.com | Trade Payable | | | | $376,148 36 |
| 15 | Google Inc<br>PO Box 39000<br>Dept. 33654<br>San Francisco, CA 94139 | | Expense | | | | $363,909 03 |
| 16 | Reef Lifestyle LLC<br>PO Box 930621<br>Atlanta, GA 31193-0621 | Phone: 617-213-6100<br>eMail: ben.beck@rockport.com | Merchandise | | | | $293,406 90 |
| 17 | Logicbroker, Inc<br>1 Enterprise Dr Suite 425<br>Shelton, CT 06484 | Phone: 203 929 7633<br>eMail: ddonaldson@logicbroker.com | Expense | | | | $269,733 59 |

Debtor: __OLYMPIA SPORTS ACQUISITIONS, LLC, et al.__   Case number _(if known)_ _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Staples<br>500 Staples Drive<br>Framingham, MA 01702 | | Expense | | | | $255,778.34 |
| 19 | QOS Networks - OS<br>2500 E 1st Ave<br>Denver, CO 80206 | eMail: accountsreceivable@qosnet.com | Expense | | | | $251,363.12 |
| 20 | The North Face<br>VF Outdoor<br>13911 Collection Center Drive<br>Chicago, IL 60693 | Phone: 920 735 8342<br>eMail: brittney_roehl@vfc.com | Merchandise | | | | $247,620.97 |
| 21 | Olukai<br>10 Faraday<br>Irvine, CA 92618 | Phone: 949 334 0575<br>eMail: acct.receivable@olukai.com | Trade Payable | | | | $246,548.50 |
| 22 | Phoenix Footwear Group, Inc.<br>Dept # 41677<br>PO Box 650823<br>Dallas, TX 75265 | Phone: 760 602 9688<br>eMail: becca@phxg.com | Trade Payable | | | | $238,445.34 |
| 23 | Mitchell and Ness LLC<br>235 S 17th St<br>Philadelphia, PA 19103 | | Merchandise | | | | $224,677.80 |
| 24 | Shock Doctor, Inc.<br>PO Box 1691<br>Minneapolis, MN 55480-1691 | Phone: 800 233 6956 | Merchandise | | | | $220,793.59 |
| 25 | SLG Systems, Inc.<br>11414 W Park Place<br>Suite 202<br>Milwaukee, WI 53224 | | Expense | | | | $220,239.18 |
| 26 | 47 Brand LLC<br>PO Box 419648<br>Boston, MA 02241 | Phone: 781-320-1384 | Merchandise | | | | $211,991.18 |
| 27 | Rawling Sporting Goods, Inc.<br>PO Box 910212<br>Dallas, TX 75391-0212 | Phone: 636 349 3500 | Merchandise | | | | $201,286.29 |

Debtor: __OLYMPIA SPORTS ACQUISITIONS, LLC, et al.__   Case number (if known) _____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | NFP Property & Casualty Services, Inc. 8201 North Hayden Rd Scottsdale, CA 91731 | Phone: 480-663-3778 | Trade Payable | | | | $187,772.90 |
| 29 | Ampac 25366 Network Place Chicago, IL 60673-1253 | Phone: 800 777 3810 | Merchandise | | | | $182,227.20 |
| 30 | Cabot Road LLC-Shoes.com 36 Cabot Road LLC Care of Robert Traina 50 Liberty Dr - Suite 12A Boston, MA 02210 | | Trade Payable | | | | $179,763.58 |

3

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 4

**Fill in this information to identify the case:**

Debtor name: **Olympia Sports Acquisitions, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 11, 2022**      X **/s/ Mark Coffey**
Signature of individual signing on behalf of debtor

**Mark Coffey**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

ACTION BY WRITTEN CONSENT
OF THE MANAGER
OF
**OLYMPIA SPORTS ACQUISITIONS, LLC**,
a Delaware limited liability company

The undersigned, being the sole Manager of OLYMPIA SPORTS ACQUISITIONS, LLC, a Delaware limited liability company (the "Company"), and pursuant to the laws of the State of Delaware and the Operating Agreement of the Company, does hereby take the following actions by its written consent:

**BANKRUPTCY PROCEEDING**

WHEREAS, the Manager has reviewed and considered, among other things, the financial condition of the Company;

WHEREAS, the Manager has reviewed and considered the recommendations of management and the Company's legal, financial, and other advisors concerning the strategic alternatives available to the Company;

WHEREAS, proposals have been made to the Manager to, among other things, (a) prepare, authorize, and direct a process to be commenced by the Company under Title 11 of the U.S. Code (the "Bankruptcy Code") or any similar insolvency-related alternatives (a "Bankruptcy Proceeding"), (b) authorize and direct the Company's retention of professionals, (c) authorize the Company to negotiate, finalize, consummate, and otherwise proceed with transactions to be consummated through a Bankruptcy Proceeding, and (d) approve and authorize decisions impacting the employment or retention of the Company's employees, agents, contractors, and representatives;

NOW, THEREFORE, BE IT RESOLVED, that, after due consideration, taking into account the information available to it at this time, and in the exercise of its reasonable business judgment, the Manager has determined that it is in the best interests of the Company, its stakeholders, and its creditors to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effectuate the purpose and intent of the foregoing;

RESOLVED FURTHER, that any officer of the Company (each, an "Authorized Person"), acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, the petition, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents

(collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any Authorized Person may deem necessary, appropriate or advisable);

RESOLVED FURTHER, that any Authorized Person, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Chapter 11 Case or the Chapter 11 Filings, including, without limitation (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution thereof;

RESOLVED FURTHER, that any Authorized Person, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to engage and retain: (a) Shulman Bastian Friedman & Bui LLP as general counsel, (b) Morris James LLP as local Delaware counsel, (c) Force 10 Partners as restructuring advisor and (d) BMC Group as official claims and noticing agent and administrative agent, in each case on such terms and any Authorized Person shall deem necessary, appropriate, or desirable and subject to any required approvals of the Bankruptcy Court;

RESOLVED FURTHER, that Shulman Bastian Friedman & Bui LLP, Morris James LLP, and any additional co-counsel or special counsel selected by the Company, shall be, and hereby are, authorized, empowered and directed to represent the Company, as debtor and/or debtor in possession, in connection with any Chapter 11 Case commenced by or against it under the Bankruptcy Code; and

RESOLVED FURTHER, that any Authorized Person, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including but not limited to (i) the engagement or retention of such other accountants, counsel, consultants, or advisors; (ii) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required; (iii) the execution, delivery and filing (if applicable) of any of the foregoing; and (iv) the payment of all fees, payments, taxes and other expenses; all of the foregoing, as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate, or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby.

**ADDITIONAL RESOLUTIONS**

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Person or any professionals engaged by the Company in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

RESOLVED FURTHER, that any and all actions and transactions by any Authorized Person for and on behalf and in the name of the Company with respect to any transactions contemplated by the foregoing resolutions before the adoption of the foregoing resolutions be, and they hereby are, ratified, authorized, approved, adopted and consented to in all respects for all purposes.

IN WITNESS WHEREOF, the undersigned, being the sole Manager of the Company, has executed this action and adopted these resolutions by its written consent, evidenced by its signature herein below.  This action and such resolutions shall become effective as of and on September 9, 2022.

**MANAGER**:

RSG ACQUISITIONS, LLC, a Delaware limited liability company
ITS:   Manager

BY: _/s/ Mark Coffey_____
NAME:  Mark Coffey
TITLE:  CEO

3