# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

Olympia Sports Acquisitions, LLC, *et al.,*

Debtors.

Chapter 11

Case No. 22-10853 (MFW)
(Jointly Administered)

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Crocs Inc**., Attn: Kathy Zamora, 13601 Via Varra, Broomfield, Co 80020 Phone: (303) 848-7102; kzamora@crocs.com

2. **GGP-Maine Mall LLC,** c/o Brookfield Properties Retail, Inc., Attn: Julie Minnick, 350 N. Orleans St., Suite 300, Chicago, IL 60654, Phone: (312-960-2707), Julie.bowden@bpretail.com

3. **Hanesbrands, Inc.,** Attn: Susan Venable, 1000 East Hanes Mill Rd, Winston-Salem, NC 27105, Phone: (336) 519-4821; susan.venable@hanes.com

4. **J Street 1976, LLC,** Attn: William (Joey) Pointer, 310 East Main Street, Suite 200, Carrboro, NC 27510, Phone: (919) 593-7760; joey@fleetfeet.com

5. **Nike USA, Inc.,** Attn: Genna Clark, One Bowerman Dr., Beaverton, OR 97005; Phone: (503) 532-8536; genna.clark@nike.com

6. **Skechers**., Attn: Craig Lindsay, 225 S. Sepulveda Blvd., Manhattan Beach, CA 90266, Phone: (714) 813-4074; craiglin@skechers.com

7. **United Parcel Service, Inc**., Attn: Farah Spainhour, PO Box 7247-0244, Phila.; PA 19179, Phone: (800) 811-1648; fspainhour@ups.com

ANDREW R. VARA
United States Trustee, Regions 3 & 9

 /s/ *Linda Richenderfer* for
Joseph J. McMahon, Jr.
ASSISTANT UNITED STATES TRUSTEE

DATED: September 23, 2022

Attorney assigned to this Case: Linda Richenderfer, Phone: (302) 573-6491

Debtors' Counsel: Jeffrey R. Waxman, Phone: (302) 888-6800