**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OLYMPIA SPORTS ACQUISITIONS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10853 (MFW)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: February 15, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: February 22, 2023 at 11:30 a.m. (ET** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING PRIVATE SALE OF THE RUNNING SPECIALTY GROUP, LLC'S MEMBERSHIP UNITS IN ROGUE RUNNING TRAINING, LLC FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**

**PLEASE TAKE NOTICE** that on February 1, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order Approving Private Sale of the Running Specialty Group, LLC's Membership Units in Rogue Running Training, LLC Free and Clear of Liens, Claims, Encumbrances, and Interests* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon the undersigned counsel so as to be received on or before **February 15, 2023 at 4:00 p.m. (ET) (the "Objection Deadline")**. At the same time, you must also serve a copy of the response upon the Debtors' counsel:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are (1) Olympia Sports Acquisitions, LLC, a Delaware limited liability company (1451); (2) RSG Acquisitions, LLC, a Delaware limited liability company (1599); (3) Project Running Specialties, Inc., a Delaware corporation (6001); (4) Project Sage Acquisition, LLC, a Delaware limited liability company (7727); (5) Legacy Shoes, Inc., a Delaware corporation (1185); (6) Clever Training Operating Co., LLC, a Delaware limited liability company (9177); (7) The Running Specialty Group LLC, an Indiana limited liability company (5378); (8) The Running Specialty Group Acquisitions 1, LLC, an Indiana limited liability company (5505); (9) Heart Monitor Operating, LLC, a Florida limited liability company (6100); (10) Splash Boutique Operating, LLC, a Florida limited liability company (6139); (11) Bargain Fitness Operating, LLC, a Florida limited liability company (8666); (12) Digital Business Operating, LLC, a Florida limited liability company (9802); and (13) FSSS Operating, LLC, a Florida limited liability company (8585). The location of the Debtors' corporate headquarters is 9 N River Road, PMB 650, Auburn, ME 04210.

2

| | |
|---|---|
| Alan J. Friedman, Esquire | Jeffrey R. Waxman, Esquire |
| Melissa Davis Lowe, Esquire | Brya M. Keilson, Esquire |
| Max Casal. Esquire | MORRIS JAMES LLP |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP | 500 Delaware Avenue, Suite 1500 |
| 100 Spectrum Center Drive, Suite 600 | Wilmington, DE  19801 |
| Irvine, CA 92618 | Telephone: (302) 888-6800 |
| Telephone: (949) 340-3400 | Facsimile: (302) 571-1750 |
| Facsimile: (949) 340-3000 | E-mail: jwaxman@morrisjames.com |
| E-mail: afriedman@shulmanbastian.com | E-mail: bkeilson@morrisjames.com |
| E-mail: mlowe@shulmanbastian.com | |
| E-mail: mcasal@shulmanbastian.com | |

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **February 22, 2023 at 11:30 a.m. prevailing Eastern Time (the "Hearing Date")** before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  February 1, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>Max Casal (admitted *pro hac vice*)<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br>E-mail: mcasal@shulmanbastian.com<br><br>*Counsel to the Debtors and Debtors in Possession* |