IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>OLYMPIA SPORTS ACQUISITIONS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10853 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 347, 390** |

**NOTICE OF SUCCESSFUL BIDDER AT AUCTION IN CONNECTION WITH
THE SALE OF DEBTORS' INTANGIBLE ASSETS FREE AND
CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**

**PLEASE TAKE NOTICE THAT:**

1. On September 11, 2022 (the "Petition Date"), the Debtors filed their respective voluntary petitions under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On January 12, 2023, the Court entered the *Order (A) Approving Bidding Procedures and Protections in Connection with Certain of the Debtors' Intangible Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Scheduling an Auction and Sale Hearing; (C) Approving the Form and Manner of Notice Thereof; and (D) Granting Related Relief* [D.I. 390] (the "Bid Procedures Order"),[2] which approved, among other things, certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are (1) Olympia Sports Acquisitions, LLC, a Delaware limited liability company (1451); (2) RSG Acquisitions, LLC, a Delaware limited liability company (1599); (3) Project Running Specialties, Inc., a Delaware corporation (6001); (4) Project Sage Acquisition, LLC, a Delaware limited liability company (7727); (5) Legacy Shoes, Inc., a Delaware corporation (1185); (6) Clever Training Operating Co., LLC, a Delaware limited liability company (9177); (7) The Running Specialty Group LLC, an Indiana limited liability company (5378); (8) The Running Specialty Group Acquisitions 1, LLC, an Indiana limited liability company (5505); (9) Heart Monitor Operating, LLC, a Florida limited liability company (6100); (10) Splash Boutique Operating, LLC, a Florida limited liability company (6139); (11) Bargain Fitness Operating, LLC, a Florida limited liability company (8666); (12) Digital Business Operating, LLC, a Florida limited liability company (9802); and (13) FSSS Operating, LLC, a Florida limited liability company (8585).  The location of the Debtors' corporate headquarters is 9 N. River Road, PMB 650, Auburn, ME 04210.

[2] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Bidding Procedures Order.

14045578.v1

bidding procedures (the "Bidding Procedures") in connection with the sale of certain of the Debtors' intellectual property and other intangible assets (the "Intangible Assets").

4.  Pursuant to the Bidding Procedures, on February 9, 2023, the Debtors completed the Auction and determined that the highest and best value for the Debtors' estates and their creditors was offered by 54 Glen Cove Realty, LLC (the "Successful Bidder"). The Successful Bidder's winning bid results in total consideration of $180,000.00 in cash (the "Successful Bid"). A copy of the reporter's rough transcript from the Auction is attached as **Exhibit A** hereto.

5.  The Successful Bid remains subject to the execution and approval of certain definitive documentation.

6.  Pursuant to the Bidding Procedures, Goodsprings INC. ("Backup Bidder") is designated and confirmed as the Backup Bidder with respect to the sale of the Intangible Assets. The Backup Bidder's bid to acquire the Intangible Assets for total consideration of $175,000.00 is confirmed as the Backup Bid.

7.  A hearing (the "Hearing") to consider approval of the results of the Debtors' sale process and Auction is scheduled on February 16, 2023, at 2:00 p.m. (ET) before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

8.  The Debtors will seek approval of the Successful Bid at the Hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: February 10, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>Max Casal (admitted *pro hac vice*)<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br>E-mail: mcasal@shulmanbastian.com<br><br>*Counsel to the Debtors and Debtors in Possession* |