# EXHIBIT A

**Transcript**

14045578.v1

```
0001
 1       OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2    REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
 3           ROUGH DRAFT DISCLAIMER
 4
 5    ---------------------------------------------
      IMPORTANT NOTICE:  AGREEMENT OF PARTIES
 6        We, the party working with realtime and
 7    rough draft transcripts, understand that if we
 8    choose to use the realtime rough draft screen
 9    or the printout, that we are doing so with the
10    understanding that the rough draft is an
11    uncertified copy.
12        We further agree not to share, give, copy,
13    scan, fax or in any way distribute this
14    realtime rough draft in any form (written or
15    computerized) to any party.  However, our own
16    experts, co-counsel and staff may have limited
17    internal use of same with the understanding
18    that we agree to destroy our realtime rough
19    draft and/or any computerized form, if any, and
20    replace it with the final transcript upon its
21    completion.
22        Since this proceeding has been realtimed
23    and is in rough draft form, please be aware
24    that there may be a discrepancy regarding page
25    and line number when comparing the realtime

0002
 1       OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2    screen, the rough draft, rough draft disk and
 3    the final transcript.  Also, please be aware
 4    that the realtime screen and the uncertified
 5    rough draft transcript may contain untranslated
 6    steno, reporter's note in double parentheses,
 7    misspelled proper names, incorrect or missing
 8    Q/A symbols or punctuation and/or nonsensical
 9    English word combinations.  All such entries
10    will be correct on the final, certified
11    transcript.
12
13    Court Reporter's Name:  JANET L. ROBBINS, CSR,
14    RPR
15
16        MS. KALNIT:  We're on the record.
17    My name is Richelle Kalnit.  I am a senior
18    vice president of Hilco Streambank, the
19    agent retained by Olympia Sports
20    Acquisitions, LLC and its debtor
21    affiliates, known as the Debtors, in
22    connection with the sale of the
23    intellectual property assets and the
24    related tangible assets, known as the
```

 25    Assets, of Olympia Sports CleverTraining

0003
 1    OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2    and the Surf Outfitter brands.
 3         This proceeding is being transcribed
 4    by a court reporter.
 5         Just some ground rules.  I would
 6    note that all parties are appearing via
 7    video conference, including the court
 8    reporter.  The proceedings are being
 9    transcribed.  So every time you speak, to
10    please identify yourself and please don't
11    speak over each other and speak clearly and
12    slowly.
13         In addition to each qualified
14    bidder, we are joined by lawyers from the
15    Shulman Bastian firm and Morris James;
16    specialists from the restructuring advisor
17    Force 10 Partners; the CEO of the Debtor,
18    Mark Coffey; the representatives of the
19    creditors' committee, as well as members of
20    my team at Hilco Streambank.
21         We are here today -- I would invite
22    parties who are not speaking to please mute
23    themselves.  Thank you.
24         We are here today in the Chapter 11
25    cases of Olympia Sports Acquisitions, LLC,

0004
 1    OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2    lead case No. 22-10853, pending in the
 3    United States Bankruptcy Court for the
 4    District of Delaware.
 5         We will be conducting an auction of
 6    the Debtors' intellectual property pursuant
 7    to the Bid Procedures Order entered at
 8    Docket No. 390.
 9         The assets include those assets
10    identified on form schedules to the Form
11    Asset Purchase Agreement, which was posted
12    in the virtual data room folder 9, and to
13    which each party under NDA has access.
14         The Debtors reserve the right to
15    seek approval of the sale portions of the
16    assets through separate purchase agreements
17    with different purchasers in the event that
18    the combination of such sale is determined
19    by the Debtors, in consultation with the
20    consultation parties, to obtain the highest
21    value for the assets.
22         The Debtors received seven qualified
23    bids from qualified bidders, as those terms
24    are all defined in the Bid Procedures

25  Order, received from the following parties,

0005
1   OLYMPIA SPORTS AUCTION-ROUGH DRAFT
2   in alphabetical order: 54 Glen Cove
3   Realty LLC; ABCJ LLC, doing business as
4   Gloved Commerce; the third from Brandon
5   Simas; the fourth from GMA Accessories,
6   d/b/a Capelli Sport; the fifth from
7   Goodsprings, Inc., the sixth from Roberts
8   50 USA LLC; and the seventh from Scheels
9   All Sports, Inc.
10      The Debtors have selected the bid of
11  Goodsprings, Inc. at $150,000 to be the
12  baseline bid.
13      Again, I would kindly ask anybody
14  who is not muted to please mute themselves.
15  Thank you.
16      Just to reiterate, the Debtors
17  selected the bid of Goodsprings, Inc. at
18  $150,000 to be the baseline bid. The
19  Goodsprings bid is for the Olympia Sports
20  IP assets and did not include the
21  CleverTraining and Surf Outfitter IP
22  assets.
23      The debtors intend to initially
24  conduct an auction for the Olympia Sports
25  IP assets. That said, if you want to place

0006
1   OLYMPIA SPORTS AUCTION-ROUGH DRAFT
2   a bid on all of the IP assets, you may do
3   so.
4       Bidding will being conducted in an
5   open-outcry format. I will confirm each
6   bid as it is made. If we get to a point
7   where I hear no further bids being made, I
8   will provide a warning that absent an
9   additional bid within 30 seconds, the
10  auction will be adjourned. If a party
11  requests during that period a recess to
12  consider a further bid, we will take a
13  short break in the discretion of the
14  Debtors. If there are assets remaining
15  following the first round of bidding, we
16  may conduct an auction for the remaining
17  assets.
18      The successful bidder may be a
19  bidder for all assets or it may be a
20  combination of bids whose bids on the
21  individual lots, when combined, represent
22  the highest and/or otherwise best bid. As
23  required under the bid procedures, each
24  bidder's bid will be considered binding,

25  whether for individual assets, all assets

0007
 1    OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2   or combination lots.
 3          The Debtors, in consultation with
 4   the consultation parties, reserve the right
 5   to make changes to the bid procedures at
 6   any time.
 7          As noted, initially we will conduct
 8   an auction for the Olympia Sports IP
 9   assets, which can include the customer
10   data, domain name, trademarks, image
11   library and vendor contact list.  If
12   bidders choose not to include the
13   CleverTraining and Surf Outfitter IP assets
14   in that lot, we may seek bidding via a
15   separate lot for those assets.
16          The Debtors have not at this time
17   identified bid increments but reserve the
18   right to do so.
19          We're conducting this auction
20   virtually through a Zoom platform.  Right
21   now we are in the main auction room.  Each
22   bidding party and consultation party has
23   their own separate breakout room in which
24   no one else can hear or see what is
25   discussed.

0008
 1    OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2          At various times during the auction,
 3   the Debtors may instruct the video monitor
 4   to virtually push parties to their breakout
 5   room and to call them back to the main
 6   auction room.
 7          Before the auction begins, we would
 8   like to ask that each bidding party
 9   designate and attempt to utilize one
10   primary speaker for their respective group.
11   At this time, I would ask each bidder who
12   is present, after I call your respective
13   group, to confirm that, one, your offer
14   will remain open and irrevocable until the
15   closing of a sale to the successful bidder
16   or the backup bidder; and, two, pursuant to
17   the Bid Procedures Order, you have not
18   engaged in any collusion with respect to
19   the bidding process; and, three, that you
20   understand the procedures just announced on
21   the record or ask any questions.
22          So, first, 54 Glen Cove Realty.
23          MR. KADISH:  This is Allen Kadish.
24   Albert Fouerti will be the representative,

25  but we understand the rules.

0009
 1   OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2       MS. KALNIT:  Thank you.
 3       ABCJ LLC, doing business as Gloved
 4   Commerce, Mr. Hathcock.
 5       MR. HATHCOCK:  Robert Hathcock, and
 6   I also understand the three stipulations
 7   that you mentioned.
 8       MS. KALNIT:  Thank you.
 9       Goodsprings, Inc., Mr. Gross.
10       MR. GROSS:  Everything understood.
11   You can move on.
12       MS. KALNIT:  Thank you.
13       GMA Accessories, d/b/a Capelli
14   Sport.
15       MR. SHASHOUA:  Barry Shashoua.  Yes,
16   I understood all requirements.
17       MS. KALNIT:  Thank you.
18       And Scheels All Sports, Mr. Snider.
19       MR. SNIDER:  Yes, this is Mr.
20   Snider, and I understand the rules as
21   outlined.
22       MS. KALNIT:  Thank you, Mr. Snider.
23       So with that and having heard no
24   questions, we will now open the bidding for
25   the auction.

0010
 1   OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2       I'm going to invite, if there's
 3   counsel who have questions or comments, to
 4   feel free to insert.  I received a comment
 5   from counsel asking me to confirm that all
 6   of the bidders are authorized to bid.  I
 7   believe that that was part of the
 8   affirmations that were provided.  But,
 9   again, I would go through each bidder and
10   ask them to confirm.
11       So 54 Glen Cove Realty?
12       MR. KADISH:  Yeah, bidding.
13       MS. KALNIT:  Thank you, Mr. Kadish.
14       ABCJ LLC, Mr. Hathcock?
15       MR. HATHCOCK:  Yes, I'm authorized
16   to bid.
17       MS. KALNIT:  Thank you.
18       GMA Accessories, Capelli Sport,
19   Mr. Shashoua?
20       MR. SHASHOUA:  Yes, I'm authorized.
21       MS. KALNIT:  Thank you.
22       Goodsprings, Mr. Gross?
23       MR. GROSS:  I'm authorized to bid.
24       MS. KALNIT:  Thank you, Mr. Gross.

25     Scheels All Sports?

0011
 1     OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2         MR. SNIDER:  Yes, I'm authorized to
 3     bid.
 4         MS. KALNIT:  Thank you, Mr. Snider.
 5         With that, we're inviting bidding.
 6     As we indicated, the baseline bid is for
 7     the Olympia IP assets of $150,000.
 8         MR. KADISH:  What are you waiting
 9     for?
10         MS. KALNIT:  We're inviting bidding
11     at this time.
12         Mr. Kadish, so you're aware, we can
13     hear some rumblings.
14         MR. KADISH:  Oh, that's weird.
15     Thank you.  That's weird.  My mute signal
16     is on, but we're happy to share.
17         MS. KALNIT:  You're not on mute
18     according to what we see here and I think
19     that's why we heard you.
20         MR. KADISH:  Good.  Thanks.
21         Do you want to start?
22         Mr. Fouerti for 54 Glen Cove will
23     start.
24         MR. FOUERTI:  155,000.
25         MS. KALNIT:  Thank you, Mr. Fouerti.

0012
 1     OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2         MR. KADISH:  And, Richelle, before
 3     we move on, that's for all assets including
 4     the Clever package.
 5         MS. KALNIT:  Understood.  Thank you.
 6         We're seeking further bidding.
 7         We were can hear you, gentlemen.
 8         MR. KADISH:  Got you.
 9         MS. KALNIT:  Thank you.
10         The high bid is for $155,000 for the
11     Olympia Clever and Surf IP assets.  We
12     welcome further bidding.
13         MR. GROSS:  This is Ben from
14     Goodsprings.  For all sets also, 160.
15         MS. KALNIT:  Thank you, Mr. Gross.
16         Again, we invite further bidding.
17         MR. FOUERTI:  This is Albert Fouerti
18     for 54 Glen Cove.  162.
19         MS. KALNIT:  Noted.
20         I will give a heads-up that at some
21     point there may come a time, sooner rather
22     than later, when we decide to set bidding
23     increments.  At this point, I don't know
24     that we need a break to discuss this, but I

25  just will give that heads-up to the bidding

0013
1    OLYMPIA SPORTS AUCTION-ROUGH DRAFT
2   parties.
3       And, again, that's all assets?
4       MR. FOUERTI:  Right.
5       MS. KALNIT:  Thank you.
6       The high bid is $162,000.  We invite
7   further bidding.
8       MR. GROSS:  Goodsprings, Inc., 165
9   for all assets.
10      MS. KALNIT:  Thank you, Mr. Gross.
11  Confirming the high bid is $165,000 for all
12  assets.
13      I'm going to go ahead and set
14  minimum bid increments of $5,000.  So the
15  next high bid would need to be $170,000.
16      We invite further bidding.
17      MR. KADISH:  Richelle, this is Allen
18  Kadish for 54.  We'll reserve the right to
19  jump back in.  I don't know if you want to
20  go around the room.  We sort of don't know
21  what happens next.
22      MS. KALNIT:  So we are not required
23  to go around the room.  We're inviting
24  bidding.  If anyone would like to place a
25  bid at this point, we welcome that.  The

0014
1    OLYMPIA SPORTS AUCTION-ROUGH DRAFT
2   next high bid would need to be $170,000.
3       And based on the procedures that I
4   identified, what I'll do is shortly, I'll
5   give fair notice, do the 30-second clock
6   and then we can take a break.
7       Again, the high bid is $165,000.  We
8   welcome further bidding at $170,000 or more
9   for all assets.
10      Okay.  I'm going to go ahead and
11  give fair warning.
12      MR. FOUERTI:  170.
13      MS. KALNIT:  Can whoever spoke, just
14  identify yourself.
15      MR. FOUERTI:  54 Glen Cove, 170 for
16  all assets, 170K.
17      MS. KALNIT:  Thank you, Mr. Fouerti.
18      The high bid is $170,000.  We
19  welcome further biding at $175,000 or more.
20      Again, $170,000 is the high bid and
21  we're seeking further bids.
22      I'm going to go ahead and start the
23  clock at 30 seconds.  This is fair warning.
24      The high bid right now is $170,000

25  and we're inviting further bidding.

0015
 1   OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2      MR. GROSS:  Goodsprings, 175.
 3      MS. KALNIT:  Thank you, Mr. Gross.
 4  And, Mr. Gross, can you please clarify?  Is
 5  that a bid for all of the IP assets?
 6      MR. GROSS:  Yes, for all IP assets.
 7      MS. KALNIT:  Thank you.
 8      The high bid is $175,000.  We invite
 9  further bidding at at least $180,000.
10      We'll go ahead and start the clock.
11      Again, we welcome further bidding.
12  The high bid is $175,000 for all of the IP
13  assets from Goodsprings.
14      MR. FOUERTI:  180, 54 Glen Cove,
15  Albert Fouerti, all assets.
16      MS. KALNIT:  Thank you, Mr. Fouerti.
17      Okay.  For recap, the high bid is
18  $180,000 from 54 Glen Cove for all of the
19  IP assets.
20      Seeking bids at $185,000 or more.
21      Again, I will start the clock.
22  $185,000 is what's needed to top the
23  current high bid.
24      The clock is nearly done.
25      Okay.  That was fair warning.  I

0016
 1   OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2  hear no further bidding at this point.
 3      What I'd like to do is take a short
 4  recess to confer with the Debtors, and then
 5  we may have an opportunity to confer with
 6  the consultation parties as well.
 7      My suggestion would be to take a
 8  five-minute recess and invite parties into
 9  their respective breakout rooms.
10      So I would ask to go off the record
11  and for the operator, Alexandra, to push us
12  into our respective rooms.  Thank you.
13      THE COURT REPORTER:  Off the record.
14      (Whereupon, a recess was had
15  from 10:30 a.m. to 10:40 a.m.)
16      MS. KALNIT:  We're back on the
17  record.
18      This is Richelle Kalnit from Hilco
19  Streambank with respect to the auction for
20  the Olympia Sports CleverTraining and Surf
21  Outfitter intellectual property and
22  intangible assets.
23      After conferring with the Debtor and
24  the consultation parties, we are pleased to

25  declare the successful bidder of 54 Glen

0017
1       OLYMPIA SPORTS AUCTION-ROUGH DRAFT
2     Cove at $180,000 for all of the intangible
3     assets that have been offered and the
4     backup bidder of Goodsprings for all of the
5     intangible assets offered at $175,000.
6         Thank you all for participating.  As
7     you may know, the sale hearing in this
8     matter is scheduled for a week from today
9     on Thursday, February 16th.  And we'll be
10    in touch with respect to documenting the
11    transaction and the sale order.
12        If there are any further comments,
13    please speak up now.  Otherwise, we thank
14    you for your participation.
15        MR. KADISH:  Thank you.
16        MR. HATHCOCK:  Thank you.
17        MR. GROSS:  Thank you.
18        MS. KALNIT:  Thank you.  We're off
19    the record.
20        (Whereupon, the Auction was
21    adjourned at 10:42 a.m.)
22
23  REALTIME AND INTERACTIVE REALTIME TRANSCRIPT.
24        ROUGH DRAFT DISCLAIMER
25

0018
1       OLYMPIA SPORTS AUCTION-ROUGH DRAFT
2    ---------------------------------------------
3    IMPORTANT NOTICE:  AGREEMENT OF PARTIES
4       We, the party working with realtime and
5    rough draft transcripts, understand that if we
6    choose to use the realtime rough draft screen
7    or the printout, that we are doing so with the
8    understanding that the rough draft is an
9    uncertified copy.
10       We further agree not to share, give, copy,
11   scan, fax or in any way distribute this
12   realtime rough draft in any form (written or
13   computerized) to any party.  However, our own
14   experts, co-counsel and staff may have limited
15   internal use of same with the understanding
16   that we agree to destroy our realtime rough
17   draft and/or any computerized form, if any, and
18   replace it with the final transcript upon its
19   completion.
20       Since this proceeding has been realtimed
21   and is in rough draft form, please be aware
22   that there may be a discrepancy regarding page
23   and line number when comparing the realtime
24   screen, the rough draft, rough draft disk and

file:///mjhw.com/...lympia%20-%20Notice%20of%20Successful%20Bidder/2-9-23%20-%20Olympia%20-%20Auction%20-%20ROUGH.txt[2/10/2023 2:55:59 PM]

25  the final transcript.  Also, please be aware

0019
 1      OLYMPIA SPORTS AUCTION-ROUGH DRAFT
 2  that the realtime screen and the uncertified
 3  rough draft transcript may contain untranslated
 4  steno, reporter's note in double parentheses,
 5  misspelled proper names, incorrect or missing
 6  Q/A symbols or punctuation and/or nonsensical
 7  English word combinations.  All such entries
 8  will be correct on the final, certified
 9  transcript.
10
11  Court Reporter's Name:  JANET L. ROBBINS, CSR,
12  RPR
13
14
15
16
17
18
19
20
21
22
23
24
25